UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                                      )
                                                           )
LINDA J. NOFZIGER,                                         )         Case No. 6:04-bk-09253-KSJ
                                                           )         Chapter 7
           Debtor.                                         )
                                                           )

MEMORANDUM OPINION DENYING
DEBTOR'S MOTION TO COMPEL DISCOVERY

This case came on for hearing on November 27, 2007, on the Motion to Compel Discovery (Doc. No. 663) filed by the debtor, Linda Nofziger. She seeks to compel the potential creditor, Mitchel Kalmanson, to produce documents in connection with a Request for Production of Documents issued by her on October 9, 2007. Pursuant to the agreement of the parties and the order of this Court entered on September 6, 2007 (Doc. No. 86 in Adversary Proceeding 6:06-ap-35), all parties were directed to conclude all discovery on or before October 26, 2007. The debtor delayed filing her Request for Production of Documents until October 9, 2007, which would require a production date subsequent to the discovery cut-off date of October 26, 2007.

The debtor has had ample opportunity to request any documents she sought. Indeed, the debtor has had years to prepare and serve her discovery requests. She filed her objection to the Proof of Claim filed by Mitchel Kalmanson on February 25, 2005. Mr. Kalmanson's adversary proceeding asserting a claim of defamation was filed on January 26, 2006. As such, the Court finds no basis to extend the discovery cut-off date. Trial is scheduled to begin on December 10,

2007.  Any further extension would serve to potentially delay this scheduled trial, for which the Court previously announced no continuances would be granted.  Accordingly, it is

ORDERED that the debtor's Motion to Compel Discovery (Doc. No. 663) is denied.  A separate order shall be entered in connection with this Memorandum Opinion.

DONE AND ORDERED on December 12, 2007.

*[signature]*

KAREN S. JENNEMANN
United States Bankruptcy Judge